1 | Harry W. Harrison, State Bar No. 211141
hharrison@harrisonbodell.com
2 | Daniel D. Bodell, State Bar No. 208889
dbodell@harrisonbodell.com
3 | HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
4 | San Diego, California 92130
Telephone: 858.461.4699
5 | Facsimile:  858.461.4703

6 | Allison H. Goddard, State Bar No. 211098
ali@pattersonlawgroup.com
7 | PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
8 | San Diego, California 92101
Telephone: 619.398.4760
9 | Facsimile:  619.756.6991

10 | Class Counsel

11 |

12 |

13 |               IN THE UNITED STATES DISTRICT COURT

14 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15 |

16 | STEVE JUHLINE, on behalf of himself and    Case No. 11cv2906 GPC (NLS)
all others similarly situated,
17 |                                            **PLAINTIFF'S NOTICE OF MOTION
              Plaintiff,                       AND MOTION FOR APPROVAL OF
18 |                                            CLASS NOTICE PLAN**
    vs.
19 |                                            Date:       May 16, 2014
    BEN BRIDGE-JEWELER, INC., a                Time:       1:30 pm
20 | Washington corporation; and DOES 1        Ctrm:       2D, Schwartz Courthouse
    through 50, inclusive,
21 |
              Defendants
22 |

23 |

24 |

25 |

26 |

27 |

28 |

**PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE PLAN**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on May 16, 2014, at 1:30 p.m., or as soon thereafter as counsel can be heard in Courtroom 2D of the above-entitled Court located at 221 West Broadway, San Diego, CA 92101, Plaintiff Steve Juhline will and hereby does move for an order approving Plaintiff's proposed class notice plan pursuant to Fed. R. Civ. P. 23(c)(2)(B).

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the records and files in this action, and upon such further and additional papers and argument as may be presented at the hearing on this motion.

Dated: February 14, 2014

HARRISON BODELL LLP

PATTERSON LAW GROUP, APC

By: /s/ Allison H. Goddard_____

Class Counsel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties via CM/ECF on February 14, 2014.

/s/ Allison H. Goddard