UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JUHLINE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BEN BRIDGE-JEWELER, INC., a Washington corporation,<br><br>    Defendant. | Case No. 3:11-cv-2906-GPC-NLS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(ECF NO. 68)** |

    The Court has reviewed Plaintiff's Motion to File Documents in Support of Opposition to Motion for Decertification under Seal. (ECF No. 68, "Motion".)

    Plaintiff explains he filed the Motion pursuant to the Protective Order in this case, (ECF No. 47), which provides that documents designated as "Confidential" may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue.

    Plaintiff goes on to explain that the material he asks to be sealed was designated as "Confidential" by Defendant, but that Plaintiff "cannot articulate good cause for sealing the unredacted documents, [now lodged at ECF No. 69,] but submits such documents for sealing pending good cause shown by Defendant." As such, Plaintiff has not demonstrated that "compelling reasons" exist to seal the redacted material. See Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006)

(explaining that "compelling reasons" are required to seal material attached to a dispositive motion); <u>Negrete v. Allianz Life Ins. Co. of N. Am.</u>, 2013 WL 3353852, at *2 (C.D. Cal. July 3, 2013) (categorizing motion to decertify as a dispositive motion).

Accordingly, the Court **DENIES** Plaintiff's Motion, (ECF No. 68), **WITHOUT PREJUDICE**. Should Defendant wish to file an appropriate motion to seal the documents now lodged at ECF No. 69, Defendant shall do so on or before **May 12, 2014, at 5:00 p.m.** Should Defendant fail to file such a motion, the documents now lodged at ECF No. 69 will **PUBLICLY FILED** without further order of the Court.

**IT IS SO ORDERED.**

DATED: May 5, 2014

HON. GONZALO P. CURIEL
United States District Judge