Harry W. Harrison, State Bar No. 211141
hharrison@harrisonbodell.com
Daniel D. Bodell, State Bar No. 208889
dbodell@harrisonbodell.com
HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, California 92130
Telephone: 858.461.4699
Facsimile:  858.461.4703

Allison H. Goddard, State Bar No. 211098
ali@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile:  619.756.6991

Class Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JUHLINE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BEN BRIDGE-JEWELER, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants | Case No. 11cv2906 GPC (NLS)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Class Action Settlement Agreement; Declaration of Daniel D. Bodell; and Proposed Order]<br><br>Date: 12/19/14<br>Time: 1:30<br>Courtroom: 2D<br>Honorable Gonzalo P. Curiel<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on December 19, 2014 at 1:30 P.M., or as soon thereafter as counsel can be heard in Department 2D of the above-entitled Court located at 221 West Broadway, Suite 2190, San Diego, CA 92101, Plaintiff Steve Juhline will and hereby does move for an Order

1

Preliminarily Approving the Class Action Settlement in this matter pursuant to Federal Rule of Civil Procedure 23, including each of the following:

    (1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

    (2) provisionally certifying the Class under Fed. R. Civ. P. 23 for settlement purposes only;

    (3) preliminarily approving the form, manner, and content of the Class Notices;

    (4) appointing Plaintiff Steve Juhline as the Class representative;

    (5) appointing the law firms of Harrison & Bodell, LLP and Patterson Law Group, APC as counsel for the Class; and

    (6) setting the date and time of the Fairness Hearing.

This motion for preliminary approval of a class action settlement is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Daniel D. Bodell, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

Dated: September 8, 2014                                  HARRISON BODELL LLP

                                                                         By: /s/ Daniel D. Bodell

                                                                         Class Counsel