# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Gonzalo P Curiel

FROM:   T. Hernandez , Deputy Clerk          RECEIVED DATE:   4/6/2015

CASE NO.   11cv2906-GPC-NLS          DOCUMENT FILED BY:   Erika Kron

CASE TITLE:   Juhline v. Ben Bridge-Jeweler, Inc.

DOCUMENT ENTITLED:   Ex Parte Letter Objecting Settlement

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically.  Notice of Noncompliance already issued. |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules / Documents are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Ex Parte Communication; No Provision for Acceptance |

Date Forwarded   4/7/2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to CivLocal Rule 83.1

Dates:   4/7/2015          CHAMBERS OF:   Hon. Gonzalo P. Curiel

cc: All Parties          By:   *[signature]* Gonzalo Curiel