Harry W. Harrison, State Bar No. 211141
Daniel D. Bodell, State Bar No. 208889
HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130
Telephone: (858) 461-4699
Facsimile: (858) 461-4703

Allison H. Goddard
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 398-4760

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JUHLINE, individually; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEN BRIDGE-JEWELER, Inc., a Washington Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO.: 11cv2906 WQH (NLS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 24, 2015<br>Time: 1:30 P.M.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P Curiel<br><br>JURY TRIAL DEMANDED |

**TO THE HONORABLE GONZALO P. CURIEL, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on April 24, 2015, at 1:30 p.m., or as soon thereafter as counsel may be heard in Department 2D of the above-entitled Court located at 221 West Broadway, San Diego, CA 92101, Plaintiff Steve Juhline will and hereby does move for a Motion for Final Approval of Class Action Settlement in this matter.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations and exhibits submitted

HARRISON & BODELL LLP
11455 El Camino Real
Suite 480
San Diego, CA 92130

1  herewith, the records and files in this action, and upon such further and additional papers and
2  argument as may be presented herein.
3      On December 19, 2014 this Court granted preliminary approval of the Class Action
4  Settlement in this matter, and ordered Defendant Ben Bridge Jeweler, Inc. to provide notice to
5  the Class of the pendency of the action and the pendency of the preliminarily approved
6  settlement. Also, in the Preliminary Approval Order, the Court ordered Class Counsel to file a
7  Motion for Final Approval of the Proposed Class Settlement on or before April 10, 2015. The
8  Class members have already had ample time to review the proposed settlement and file any
9  objections to the approved settlement. To date, only one objection has been filed; that objection
10  was filed after the deadline to do so.
11      Accordingly, Plaintiff hereby submits this Motion for Final Approval of Class Action
12  Settlement on the grounds that the settlement is a fair, reasonable and adequate resolution of the
13  Class claims against Defendant.

14

15  DATED:  April 10, 2015        HARRISON & BODELL LLP

16

17

18          By: */s/ Daniel D. Bodell*
           Harry W. Harrison
           Daniel D. Bodell
19             Attorneys for Plaintiff and the Class

20

21

22

23

24

25

26

27

28