Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-734-3715
Facsimile    714-734-3716
mattkurilich@gmail.com

*Counsel for Objector*
Erika A. Kron

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JUHLINE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>BEN BRIDGE JEWELER, INC., a Washington Corporation; and DOES 1 through 50 inclusive,<br><br>                      Defendants. | Civil No. 11-cv-2906 (WQH-NLS)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF ERIKA A. KRON** |

## NOTICE OF APPEARANCE ON BEHALF OF OBJECTOR ERIKA A. KRON

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice of my appearance as counsel of record for objector and class member Erika A. Kron:

Matthew Kurilich California Bar Number 30172

1

**NOTICE OF APPEARANCE ON BEHALF OF ERIKA A. KRON in STEVE JUHLINE,** *et al.,* **v. BEN BRIDGE JEWELER, INC., Case No. 11-cv-2906**

17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-734-3715
Facsimile     714-734-3716
mattkurilich@gmail.com

Please add this contact information for all future emails, correspondences and proofs of services related to the settlement of the above-captioned matter. Erika A. Kron's Notice of Objection (96) was filed on 4-7-15.


Dated:  5-16-15                                    By: /s/ Matthew Kurilich
                                                                    MATTHEW KURILICH
                                                                    Attorney for Objector Erika A. Kron

**NOTICE OF APPEARANCE ON BEHALF OF ERIKA A. KRON in STEVE JUHLINE,** *et al.,* **v. BEN BRIDGE JEWELER, INC., Case No. 11-cv-2906**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 5-16-15 and served by the same means on all counsel of record.

/s/ Matthew Kurilich

3

**NOTICE OF APPEARANCE ON BEHALF OF ERIKA A. KRON in STEVE JUHLINE, *et al.*, v. BEN BRIDGE JEWELER, INC., Case No. 11-cv-2906**