FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE JUHLINE, individually, on behalf of himself and all other similarly situated,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ERIKA A. KRON,<br><br>　　　　Objector - Appellant,<br><br>　V.<br><br>BEN BRIDGE-JEWELER, INC., a Washington Corporation,<br><br>　　　　Defendant - Appellee. | No. 15-55754<br><br>D.C. No. 3:11-cv-02906-GPC-NLS<br>Southern District of California, San Diego<br><br>ORDER |

　　　The conference previously scheduled for July 2, 2015, is canceled.

　　　Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

　　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　By: Roxane G. Ashe
　　　　　　　　　　　　　　　　Circuit Mediator


RGA/Mediation